IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| LENA CHRISTINE JENKINS-SMITH, | : | CASE NO. 20-62899-BEM |
| | : | |
| Debtor. | : | |
| _ _ _ _ _ _ _ _ _ _ _ _ | : | _ _ _ _ _ _ _ _ _ _ _ _ |
| | : | |

**MOTION OF SUNTRUST BANK NOW TRUIST BANK
TO EXTEND TIME
FOR FILING COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT PURSUANT TO
11 U.S.C. §523 AND/OR COMPLAINT OBJECTING
TO DISCHARGE PURSUANT TO 11 U.S.C. §727**

NOW COMES Suntrust Bank now Truist Bank ("Movant") and moves the Court as follows:

1.

Movant is a creditor of Debtor ("Debtor") and holds a judgment on defaulted line of credit.

2.

Movant is currently investigating the loan transaction with Debtor, and matters which may affect the administration of the Debtor's estate and the Debtor's right to a discharge. Movant is engaged in discovery at this time. The investigation is ongoing and requires further inquiry.

3.

It may be appropriate for Movant to bring an action to declare the indebtedness owing to Movant nondischargeable if it is determined, inter alia, that Debtors committed actual fraud

or false pretenses in connection with the loan transaction. It may be warranted to bring a complaint objecting to Debtor's discharge in this case.

4.

In order to have the necessary facts with which to formulate an appropriate Complaint to Determine Dischargeability and/or Objecting to Debtor's Discharge, it is necessary for Movant to continue its investigation into the actions of Debtor as they relate to Movant and this case.

5.

This request is made within the time set to file such complaints.

6.

Debtor consents to the extension of time requested.

WHEREFORE, Movant moves this Court to extend the time within which it may file a Complaint Objecting to the Discharge of the Indebtedness owing to it and the time within which it may file a Complaint Objecting to the Debtor's Discharge through and including August 31, 2020.

This 11th day of May, 2020.

                The Law Office of
                LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                Attorney for Movant

                By:____/s/_____
                    Craig B. Lefkoff
                    Georgia State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900

# CERTIFICATE OF SERVICE

The undersigned, Craig B. Lefkoff, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served copies of the foregoing MOTION OF SUNTRUST BANK NOW TRUIST BANK TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. SECTION 523 AND/OR COMPLAINT OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. SECTION 727 and proposed CONSENT ORDER on Debtor, Debtor's counsel; and the Chapter 7 Trustee by depositing same in the United States Mail in properly addressed envelopes with adequate postage at:

Lena Christine Jenkins-Smith
981 Moores Walk Lane
Suwanee, Georgia 30024

Robert Scott Rickman, Esq.
Rickman & Associates, PC
Suite 200
1755 North Brown Road
Lawrenceville, Georgia 30043

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

This 11th day of May, 2020.

                                                                  The Law Office of
                                                                   LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                                                                    Attorney for Movant

                                                                    By:____/s/_____
                                                                        Craig B. Lefkoff
                                                                       Georgia State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900