

**IT IS ORDERED as set forth below:**

**Date: May 12, 2020**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| LENA CHRISTINE JENKINS-SMITH, | : | CASE NO. 20-62899-BEM |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| | : | |

**CONSENT ORDER**

This matter is before the Court on the Motion of Suntrust Bank now Truist Bank to Extend Time for Filing Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. Section 523 and/or Complaint Objecting to Discharge Pursuant to 11 U.S.C. Section 727 filed May 11, 2020 (Doc. No. 28).   Good cause having been shown for the extension requested and the Debtor consenting to the extension as to Suntrust Bank now Truist Bank,

IT IS HEREBY ORDERED that the time within which Suntrust Bank now Truist Bank may file a Complaint to determine dischargeability of debt pursuant to 11 U.S.C. Section 523

and/or Complaint objecting to discharge pursuant to 11 U.S.C. Section 727 is hereby extended through and including August 31, 2020.

–END OF DOCUMENT--

Prepared by and consented to:
The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorney for Movant

By:__/s/_____
   Craig B. Lefkoff
   Ga. State Bar No. 445045
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900

Consented to:
RICKMAN & ASSOCIATES, PC
Attorneys for Debtor

By:_ /s/_____
   Robert Scott Rickman
   Ga. State Bar No.604674
Suite 200
1755 North Brown Road
Lawrenceville, Georgia 30043
(678) 500-9546

## DISTRIBUTION LIST

Craig B. Lefkoff, Esq.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Robert Scott Rickman, Esq.
Rickman & Associates, PC
Suite 200
1755 North Brown Road
Lawrenceville, Georgia 30043

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303