UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

LENA CHRISTINE JENKINS-SMITH

Debtor.

CASE NO. 20-62899- BEM

CHAPTER 7

### REPORT OF CHAPTER 7 TRUSTEE OF ASSETS AND REQUEST FOR BAR DATE

COMES NOW S. Gregory Hays, Chapter 7 Trustee, and reports to the Court that he has recovered assets for distribution to creditors and hereby requests that the Court set a bar date for claims.

This 19th day of August, 2020.

/s/
_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060