UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LENA CHRISTINE JENKINS-SMITH, | : | CASE NO. 20-62899-bem |
| | : | |
| DEBTOR. | : | |

**UNITED STATES TRUSTEE'S THIRD MOTION FOR EXTENSION OF TIME
TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707
AND AN OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, pursuant to Rules 1017(e) and 4004(b) of the Federal Rules of Bankruptcy Procedure, moves the Court to enter an order extending the deadlines for filing a motion to dismiss pursuant to section 707 and a complaint objecting to Debtor's discharge pursuant to section 727 of the Bankruptcy Code. In support thereof, the United States Trustee shows as follows:

1. On February 18, 2020, LENA CHRISTINE JENKINS-SMITH ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code. The chapter seven trustee held and concluded the section 341(a) meeting of creditors on April 22, 2020.

2. The United States Trustee is reviewing this case to determine whether to file a motion to dismiss under section 707 or a complaint objecting to discharge under section 727.

3. The United States Trustee needs additional time to review and analyze the Debtor's finances.

4. The current deadline for filing a motion to dismiss pursuant to section 707 or a complaint pursuant to section 727 is September 17, 2020.

5. The United States Trustee requests the deadlines for filing a motion under section 707 and a complaint under section 727 be extended so she can complete her review.

6.  Debtor consents to this extension.

WHEREFORE, the United States Trustee respectfully requests the Court to enter an order extending the deadlines for filing a motion under section 707 and a complaint under section 727 through and including November 17, 2020.

> NANCY J. GARGULA
> UNITED STATES TRUSTEE
> Region 21
>
> */s/ Thomas W. Dworschak*
> THOMAS W. DWORSCHAK
> Georgia Bar No. 236380
> United States Department of Justice
> Office of the United States Trustee
> Suite 362, Richard B. Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, Georgia  30303
> (404) 331-4437, ext. 145
> Thomas.w.Dworschak@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on September 15, 2020 electronically filed the foregoing *UNITED STATES TRUSTEE'S THIRD MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707 AND AN OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Robert Scott Rickman      rob@thegeorgialawfirm.com
S. Gregory Hays           ghays@haysconsulting.net

I further certify that on September 15, 2020, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Lena Christine Jenkins-Smith
981 Moores Walk Lane
Suwanee, GA 30024

> */s/ Thomas W. Dworschak*