**IT IS ORDERED as set forth below:**



**Date: September 17, 2020**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| LENA CHRISTINE JENKINS-SMITH, | : | CASE NO.: 20-62899-BEM |
| | : | |
| DEBTOR. | : | |
| | : | CHAPTER 7 |
| SUNTRUST BANK NOW | : | |
| TRUIST BANK, | : | |
| | : | |
| MOVANT, | : | JUDGE ELLIS-MONRO |
| vs. | : | |
| | : | |
| LENA CHRISTINE JENKINS-SMITH, | : | |
| | : | |
| RESPONDENT. | : | CONTESTED MATTER |

**ORDER GRANTING SUNTRUST BANK NOW TRUIST BANK'S MOTION FOR
ENTRY OF ORDER
AUTHORIZING THE EXAMINATION OF DEBTOR PURSUANT TO
FED.R.BANKR.P.2004 AND 9016**

The Court having read and considered the Movant's motion for an order authorizing a Rule 2004 Examination of Lena Christine Jenkins-Smith, it is

**ORDERED** that the Motion is **GRANTED** to permit examination of Lena Christine Jenkins-Smith in accordance with Federal Rule of Bankruptcy Procedure 2004 at the time and manner specified in Movant's motion. It is

**FURTHER ORDERED** that if attendance is not obtained voluntarily, Movant may compel attendance as provided in Federal Rule of Bankruptcy Procedure 2004(c).

**END OF DOCUMENT**.

Presented by:

_____/s/_____
Kristi S. Williams
Attorney for Movant
GA Bar No. 117716
5555 Glenridge Connector
Suite 900
Atlanta, GA  30342
(404) 869-6900

Consented to by:

_____/s/_____
Robert Scott Rickman
Attorney for Debtor
GA Bar #604674
1755 North Brown Road
Suite 200
Lawrenceville, GA 30043
(678) 500-9546

## DISTRIBUTION LIST

Kristi S. Williams, Esq.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Robert Scott Rickman, Esq.
Rickman & Associates, PC
Suite 200
1755 North Brown Road
Lawrenceville, Georgia 30043

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303