**IT IS ORDERED as set forth below:**

**Date: June 24, 2021**

                                **Barbara Ellis-Monro**
                              **U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 20-62899 |
| LENA CHRISTINE JENKINS-SMITH, | CHAPTER 7 |
| Debtor. | |

## CONSENT ORDER

This matter is before the Court on the Seventh Motion of Old Towne Enterprises, LLC to Extend Time for Filing Complaint to Determine Dishargeability of Debt Pursuant to 11 U.S.C. § 523 and/or Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 filed June 23, 2021 (Doc. No. 87). Good cause having been shown for the extension requested and the Debtor consenting to the extension as to Old Towne Enterprises, LLC,

IT IS HEREBY ORDERED that the time within Old Towne Enterprises, LLC may file a Complaint to determine dischargeability of debt pursuant to 11 U.S.C. § 523 and/or Complaint

objecting to discharge pursuant to 11 U.S.C. § 727 is hereby extended through and including September 28, 2021.

-END OF DOCUMENT-

Prepared by and consented to:

ROUNTREE LEITMAN & KLEIN, LLC
Attorneys for Movant

/S/ Hal J. Leitman
Hal J. Leitman
GA Bar No. 446246
Century Plaza I
2987 Clairmont Rd
Suite 175
Atlanta, GA 30329
hleitman@rlklawfirm.com
(404) 584-1229 Telephone

Consented to by:

RICKMAN & ASSOCIATES, PC
Attorneys for Debtor

/S/ Robert Scott Rickman
Robert Scott Rickman
Ga Bar No.: 604674
Suite 200
1755 North Brown Road
Lawrenceville, Georgia 30043
(678) 500-9546

## DISTRIBUTION LIST

Lena Christine Jenkins-Smith
6555 Sugarloaf Pkwy.
#307-500
Duluth, GA 30097

Robert Scott Rickman
Rickman & Associates, PC
Suite 200
1755 North Brown Road
Lawrenceville, GA 30043

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

*U.S. Trustee*
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Thomas Wayne Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Hal J. Leitman
Rountree Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Rd
Suite 175
Atlanta, GA 30329