**IT IS ORDERED as set forth below:**

**Date: March 25, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 20-62899** |
| **LENA CHRISTINE JENKINS-SMITH,** | **CHAPTER 7** |
| Debtor. | |

**CONSENT ORDER**

This matter is before the Court on the Tenth Motion of Old Towne Enterprises, LLC to Extend Time for Filing Complaint to Determine Dishargeability of Debt Pursuant to 11 U.S.C. § 523 and/or Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 filed March 24, 2022 (Doc. No. 112).  Good cause having been shown for the extension requested and the Debtor consenting to the extension as to Old Towne Enterprises, LLC,

IT IS HEREBY ORDERED that the time within Old Towne Enterprises, LLC may file a Complaint to determine dischargeability of debt pursuant to 11 U.S.C. § 523 and/or Complaint

objecting to discharge pursuant to 11 U.S.C. § 727 is hereby extended through and including July 26, 2022.

-END OF DOCUMENT-

Prepared by and consented to:

ROUNTREE LEITMAN & KLEIN, LLC
Attorneys for Movant

/S/ Hal J. Leitman
 Hal J. Leitman
GA Bar No. 446246
Century Plaza I
2987 Clairmont Rd
Suite 175
Atlanta, GA 30329
hleitman@rlklawfirm.com
(404) 584-1229 Telephone

Consented to by:

RICKMAN & ASSOCIATES, PC
Attorneys for Debtor

/S/ Robert Scott Rickman
Robert Scott Rickman
Ga Bar No.: 604674
Suite 200
1755 North Brown Road
Lawrenceville, Georgia 30043
(678) 500-9546

Distribution List

Lena Christine Jenkins-Smith
6555 Sugarloaf Parkway
#307-500
Duluth, Georgia 30097

Robert Scott Rickman, Esq.
Rickman & Associates, PC
Suite 200
1755 North Brown Road
Lawrenceville, Georgia 30043

S. Gregory Hays
Hayes Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Thomas Wayne Dworschak
Office of the U.S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Hal J. Leitman
Rountree Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Rd.
Suite 175
Atlanta, GA 30329